Jenna Dakroub, CA #350170
E: jdakroub@consumerjustice.com
**CONSUMER JUSTICE LAW FIRM**
16130 Ventura Blvd., Suite 300
Encino, CA 91436
T: (602) 807-1525
F: (718) 715-1750

*Attorneys for Plaintiff*
*Jessica Loza Mendez*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| JESSICA LOZA MENDEZ, <br><br> Plaintiff, <br><br> v. <br><br> I.Q. DATA SYSTEMS D/B/A BACKGROUNDS ONLINE, <br><br> Defendant. | Case No.: 5:26-cv-00350-MWF-KS <br><br> **NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that Plaintiff Jessica Loza Mendez ("Plaintiff") and Defendant I.Q. Data Systems d/b/a Backgrounds Online ("Defendant") have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the parties ask the court to vacate all deadlines in this matter as there are no remaining defendants. Plaintiff

further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted this 8th day of July 2026.

Dated: July 8, 2026

/s/ Jenna Dakroub
Jenna Dakroub, CA # 350170
**CONSUMER JUSTICE LAW FIRM**
16130 Ventura Blvd., Suite 300
Encino, CA 91436
T: (602) 807-1525
F: (480) 613-7733
E: jdakroub@consumerjustice.com

*Attorneys for Plaintiff*
*Jessica Loza Mendez*

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

/s/ Jacey Gutierrez