UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.   5:26–cv–00350–MWF–KS            Date        July 9, 2026

Title      JESSICA LOZA MENDEZ V. I.Q. DATA SYSTEMS D/B/A BACKGROUNDS ONLINE

PRESENT:  THE HONORABLE  MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

Rita Sanchez                        Not Reported;
Courtroom Deputy                   Court Reporter

Attorney(s) Present for Plaintiff(s):        Attorney(s) Present for Defendant(s):
None Present                            None Present

**PROCEEDINGS (IN CHAMBERS):  COURT ORDER**

In light of the Notice of Settlement filed 7/08/2026, the Court sets a hearing on Order To Show Cause Re Dismissal for September 2, 2026 at 11:30 AM. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

**IT IS SO ORDERED.**

Initials of Clerk:  rs