JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESSICA LOZA MENDEZ,<br>Plaintiff,<br>v.<br>I.Q. DATA SYSTEMS d/b/a BACKGROUNDS ONLINE,<br>Defendant. | Case No. EDCV 26-350-MWF(KSx)<br><br>ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE |

The Court has considered the parties' Stipulation of Dismissal with Prejudice (the "Stipulation"). (Docket No. 19). For good cause shown, the Court GRANTS the Stipulation and ORDERS the above-entitled matter DISMISSED with prejudice.

IT IS SO ORDERED.

Dated: August 25, 2026

MICHAEL W. FITZGERALD
United States District Judge